# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **MARY WANJIKU THOMAS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00036 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **VIRGINIA DEPARTMENT OF TRANSPORTATION (BRISTOL DISTRICT)**, | ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

For the reasons set forth in the accompanying Opinion and Order, judgment is entered in favor of the defendant.

The Clerk shall close the case.

ENTER: July 5, 2023

/s/ JAMES P. JONES
Senior United States District Judge